UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCK M. POLLOCK,

      Plaintiff,

vs.                                                    Case No. 8:07-CV-1114-T-27TBM

MICHAEL J. ASTRUE, Commissioner of the
United States Social Security Administration,

      Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Defendant's Motion to Dismiss or in the Alternative Motion for Summary Judgment (Dkt. 13) be granted (Dkt. 14). Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED:**

      1)     The Report and Recommendation (Dkt. 14) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

      2)     Defendant's Motion to Dismiss or in the Alternative Motion for Summary Judgment (Dkt. 13) ) is **GRANTED.**

3) All pending motions are **DENIED** as moot.

4) The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida, on this 10th day of June, 2008.

                                    JAMES D. WHITTEMORE
                                    United States District Judge

Copies to:
Counsel of Record
Plaintiff